CRTINQ
09/19/19 - 12:37 PM

ENDICO POTATOES INC.
CREDIT REPORT



CUSTOMER NO: BEN500
BENJAMIN FOODS

1001 S YORK RD
HATBORO, PA 19040

FAX: 215-437-5010

| | | | |
|---|---|---|---|
| LAST INVOICE DATE | 09/17/19 | YTD SALES | 959,937.86 |
| LAST PAYMENT DATE | 09/19/19 | NO INVOICES | 63 |
| OLDEST INVOICE | 19207 | OPEN ORDER $ | .00 |
| CREDIT LIMIT | .00 | OPER A/R AMT | 238,580.46 |

SALESPERSON: 19 TELEPHONE: 215-437-5000 AVG DAYS TO PAY 0 TIMES PAST DUE 419

| DATE | REF | DEBITS | CREDITS | LINE BALANCE | RUNNING BALANCE | ------ Payment Information ------ DATE | REFERENCE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1-07/26/19 | 117998 | 9,128.40 | .00 | 9,128.40 | 9,128.40 | | | |
| 2-07/23/19 | 118380 | 27,968.10 | .00 | 27,968.10 | 37,096.50 | | | |
| 3-08/05/19 | 118436 | 11,176.00 | .00 | 11,176.00 | 48,272.50 | | | |
| 4-08/02/19 | 119260 | 27,034.80 | .00 | 27,034.80 | 75,307.30 | | | |
| 5-08/12/19 | 119261 | 27,034.80 | .00 | 27,034.80 | 102,342.10 | | | |
| 6-08/26/19 | 119263 | 27,034.80 | .00 | 27,034.80 | 129,376.90 | | | |
| 7-08/26/19 | 119125 | 19,509.96 | .00 | 19,509.96 | 148,886.86 | | | |
| 8-08/27/19 | X00681 | | 2,121.60- | 2,121.60- | 146,765.26 | | | |
| 9-08/28/19 | 119262 | 10,953.60 | .00 | 10,953.60 | 157,718.86 | | | |
| 10-09/04/19 | X00695 | | 170.00- | 170.00- | 157,548.86 | | | |
| 11-09/06/19 | 119650 | 15,462.00 | .00 | 15,462.00 | 173,010.86 | | | |
| 12-09/02/19 | 120200 | 27,034.80 | .00 | 27,034.80 | 200,045.66 | | | |
| 13-09/02/19 | 120201 | 27,034.80 | .00 | 27,034.80 | 227,080.46 | | | |
| 14-09/16/19 | 120204 | 11,500.00 | .00 | 11,500.00 | 238,580.46 | | | |

| CURRENT | 21 DAYS | 28 DAYS | 45 DAYS | 90 DAYS+ |
|---|---|---|---|---|
| 81,031.60 | 57,498.36 | 38,210.80 | 61,839.70 | .00 |



**ENDICO POTATOES INC.**
160 No. MacQuesten Parkway
Mount Vernon, N.Y. 10550
Phone: (914) 664-1151 – Fax: (914) 664-2703

ORDERS MUST BE PLACED BY 3 P.M.



| | |
|---|---|
| INVOICE DATE | 07/26/19 |
| INVOICE NO. | 117998 |
| CUSTOMER NO. | BEN500 |
| TELEPHONE | (215)437-5000 |
| TERMS | PACA PROMPT |
| CTL: 09 | SALESMAN 13 |

SHIP TO:
UNIVERSAL COLD STORAGE
8 LEE BLVD
6102325494
MALVERN PA 19355

BILL TO:
BENJAMIN FOODS
1001 S YORK RD
HATBORO PA 19040

SPECIAL INSTRUCTION: [illegible]

VIA: DEL

CUSTOMER PURCHASE ORDER NO. 294228

| CASES | PACK/SIZE | BRAND | DESCRIPTION | ITEM NO. | UNITS | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 60 | BULK /20 LB | PL | BULK DICED CELERY | 7105 | 1200 | | .61 | 732.00 |
| 500 | 1/20 LB | ENDICO | MIX VEGETABLES (BULK) | @ 7610 | 10000 | LB | .54 | 5400.00 |
| 227 | 1/20 LB | ENDICO | DICED GREEN PEPPERS (BULK) | @ 7810 | 4540 | LB | .66 | 2996.40 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we shall recover reasonable attorneys' fees, the costs of recovery and interest at the rate of 1.5% per month per annum.

PRODUCT VALUE: 9128.40

| TOTAL CASES | WHSE | TOTAL WEIGHT | CUSTOMER SIGNATURE |
|---|---|---|---|
| 787 | 01 | 15740 | 10:49 AM 07/29/19 |

NO CLAIMS FOR SHORTAGE AFTER RECEIPT IS SIGNED. ABOVE GOODS RECEIVED IN GOOD CONDITION EXCEPT AS NOTED.

TOTAL ▶



# ENDICO POTATOES INC.

160 No. MacQuesten Parkway
Mount Vernon, N.Y. 10550
Phone: (914) 664-1151 – Fax: (914) 664-2703

ORDERS MUST BE PLACED BY 3 P.M.

McCain

| | |
|---|---|
| INVOICE DATE | 07/23/19 |
| INVOICE NO. | 118380 |
| CUSTOMER NO. | BEN500 |
| TELEPHONE | (215)437-5000 |
| TERMS | PACA PROMPT |
| CTL: 09 | SALESMAN 19 |

SHIP TO:
UNIVERSAL COLD STORAGE
8 LEE BLVD
6102325494
MALVERN PA 19355

BILL TO:
BENJAMIN FOODS
1001 S YORK RD
HATBORO PA 19040

SPECIAL INSTRUCTION

VIA: P/U

CUSTOMER PURCHASE ORDER NO. 289468

| CASES | PACK/SIZE | BRAND | DESCRIPTION | ITEM NO. | UNITS | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1759 | 1/30LB | PACKER | PEAS + @ | 7721 | 52770 | LB | .53 | 27968.10 |
| | CONT# TRIU8978484 | | | | | | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we shall recover reasonable attorneys' fees, the costs of recovery and interest at the rate of 1.5% per month per annum.

PRODUCT VALUE: 27968.10

| TOTAL CASES | WHSE | TOTAL WEIGHT |
|---|---|---|
| 1759 | 10 | 52770 |

CUSTOMER SIGNATURE

3:10 PM
07/31/19

NO CLAIMS FOR SHORTAGE AFTER RECEIPT IS SIGNED. ABOVE GOODS RECEIVED IN GOOD CONDITION EXCEPT AS NOTED.

TOTAL ▶

# ENDICO POTATOES INC.

160 No. MacQuesten Parkway
Mount Vernon, N.Y. 10550
Phone: (914) 664-1151 – Fax: (914) 664-2703

ORDERS MUST BE PLACED BY 3 P.M.

McCain

| | |
|---|---|
| INVOICE DATE | 07/26/19 |
| INVOICE NO. | 117998 |
| CUSTOMER NO. | BEN500 |
| TELEPHONE | (215)437-5000 |
| TERMS | PACA PROMPT |
| CTL: 09 | SALESMAN 19 |

SHIP TO:
UNIVERSAL COLD STORAGE
8 LEE BLVD
6102325494
MALVERN PA 19355

BILL TO:
BENJAMIN FOODS
1001 S YORK RD
HATBORO PA 19040

SPECIAL INSTRUCTION

VIA: DEL

CUSTOMER PURCHASE ORDER NO. 294228

| CASES | PACK/SIZE | BRAND | DESCRIPTION | ITEM NO. | UNITS | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 60 | BULK /20 LB | PL | BULK DICED CELERY | 7105 | 1200 | | .61 | 732.00 |
| 500 | 1/20 LB | ENDICO | MIX VEGETABLES (BULK) | 7610 | 10000 | LB | .54 | 5400.00 |
| ~~350~~ 227 | 1/20 LB | ENDICO | DICED GREEN PEPPERS (BULK) | 7810 | 7000 | LB | .66 | 4620.00 |

LEON BROW

7-26-19

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we shall recover reasonable attorneys' fees, the costs of recovery and interest at the rate of 1.5% per month per annum.

PRODUCT VALUE: 10752.00

| TOTAL CASES | WHSE | TOTAL WEIGHT |
|---|---|---|
| 910 | 01 | 18200 |

CUSTOMER SIGNATURE

6:27 AM
07/25/19

NO CLAIMS FOR SHORTAGE AFTER RECEIPT IS SIGNED. ABOVE GOODS RECEIVED IN GOOD CONDITION EXCEPT AS NOTED.

TOTAL ▶



# ENDICO POTATOES INC.

160 No. MacQuesten Parkway
Mount Vernon, N.Y. 10550
Phone: (914) 664-1151 – Fax: (914) 664-2703

ORDERS MUST BE PLACED BY 3 P.M.

McCain

| | |
|---|---|
| INVOICE DATE | 08/02/19 |
| INVOICE NO. | 119260 |
| CUSTOMER NO. | BEN500 |
| TELEPHONE | (215)437-5000 |
| TERMS | PACA PROMPT |
| CTL: 09 | SALESMAN 19 |

SHIP TO:
UNIVERSAL COLD STORAGE
8 LEE BLVD
6102325494
MALVERN PA 19355

BILL TO:
BENJAMIN FOODS
1001 S YORK RD
HATBORO PA 19040

SPECIAL INSTRUCTION

VIA: DEL

CUSTOMER PURCHASE ORDER NO. 291699

| CASES | PACK/SIZE | BRAND | DESCRIPTION | ITEM NO. | UNITS | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1733 | 1/30LB | PACKER | CUT CORN + @ | 7422 | 51990 | LB | .52 | 27034.80 |
| | TRIU8214125 | | | | | | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we shall recover reasonable attorneys' fees, the costs of recovery and interest at the rate of 1.5% per month per annum.

PRODUCT VALUE: 27034.80

| TOTAL CASES | WHSE | TOTAL WEIGHT | CUSTOMER SIGNATURE |
|---|---|---|---|
| 1733 | 10 | 51990 | 10:29 AM 08/23/19 |

NO CLAIMS FOR SHORTAGE AFTER RECEIPT IS SIGNED. ABOVE GOODS RECEIVED IN GOOD CONDITION EXCEPT AS NOTED.

TOTAL ▶



# ENDICO POTATOES INC.

160 No. MacQuesten Parkway
Mount Vernon, N.Y. 10550
Phone: (914) 664-1151 – Fax: (914) 664-2703

ORDERS MUST BE PLACED BY 3 P.M.



**ENDICO RECEIPT**

| | |
|---|---|
| INVOICE DATE | 08/05/19 |
| INVOICE NO. | 118436 |
| CUSTOMER NO. | BEN500 |
| TELEPHONE | (215) 437-5000 |
| TERMS | PACA PROMPT |
| CTL: 09 | SALESMAN 19 |

SHIP TO:
UNIVERSAL COLD STORAGE
8 LEE BLVD
6102325494
MALVERN PA 19355

BILL TO:
BENJAMIN FOODS

1001 S YORK RD
HATBORO PA 19040

SPECIAL INSTRUCTION

VIA: DEL

CUSTOMER PURCHASE ORDER NO. 294696

| CASES | PACK/SIZE | BRAND | DESCRIPTION | ITEM NO. | UNITS | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 200 | 12/3 LB | ENDICO | COLLARD GREENS | 6390 | 7200 | LB | .59 | 4248.00 |
| 200 | 1/20LB | ENDICO | DICED ONIONS (BULK) 09501 | 6700 | 4000 | LB | .47 | 1880.00 |
| 40 | BULK /20 LB | PL | BULK DICED CELERY | 7105 | 800 | | .61 | 488.00 |
| 300 | 1/20 LB | ENDICO | MIX VEGETABLES (BULK) | 7610 | 6000 | LB | .54 | 3240.00 |
| 100 | 1/20 LB | ENDICO | DICED GREEN PEPPERS (BULK) | 7810 | 2000 | LB | .66 | 1320.00 |
| | PLEASE CORRECT ONION PRICE | | | | | | | |



8-5-19

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we shall recover reasonable attorneys' fees, the costs of recovery and interest at the rate of 1.5% per month per annum.

PRODUCT VALUE: 11176.00

| TOTAL CASES | WHSE | TOTAL WEIGHT | CUSTOMER SIGNATURE |
|---|---|---|---|
| 840 | 01 | 20000 | 6:30 AM 08/02/19 |

NO CLAIMS FOR SHORTAGE AFTER RECEIPT IS SIGNED. ABOVE GOODS RECEIVED IN GOOD CONDITION EXCEPT AS NOTED.

TOTAL ▶

ENDICO RECEIPT

# ENDICO POTATOES, INC.

160 No. MacQuesten Parkway
Mount Vernon, N.Y. 10550
Phone: (914) 664-1151 – Fax: (914) 664-2703

ORDERS MUST BE PLACED BY 3 P.M.



| INVOICE DATE | 08/12/19 |
|---|---|
| INVOICE NO. | 119261 |
| CUSTOMER NO. | BEN500 |
| TELEPHONE | (215)437-5000 |
| TERMS | PACA PROMPT |
| CTL: 09 | SALESMAN 19 |

SHIP TO:
UNIVERSAL COLD STORAGE
8 LEE BLVD
6102325494
MALVERN PA 19355

BILL TO:
BENJAMIN FOODS
1001 S YORK RD
HATBORO PA 19040

SPECIAL INSTRUCTION



VIA: P/U

CUSTOMER PURCHASE ORDER NO. 291700

| CASES | PACK/SIZE | BRAND | DESCRIPTION | ITEM NO. | UNITS | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1733 | 1/30LB | PACKER | CUT CORN | + B 7422 | 51990 | LB | .52 | 27034.80 |
| | CONT# CHIU9056389 | | | | | | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we shall recover reasonable attorneys' fees, the costs of recovery and interest at the rate of 1.5% per month per annum.

PRODUCT VALUE: 27034.80

| TOTAL CASES | WHSE | TOTAL WEIGHT | CUSTOMER SIGNATURE |
|---|---|---|---|
| 1733 | 10 | 51990 | 10:33 AM 08/23/19 |

NO CLAIMS FOR SHORTAGE AFTER RECEIPT IS SIGNED. ABOVE GOODS RECEIVED IN GOOD CONDITION EXCEPT AS NOTED.

TOTAL ▶




**ENDICO POTATOES INC.**
160 No. MacQuesten Parkway
Mount Vernon, N.Y. 10550
Phone: (914) 664-1151 – Fax: (914) 664-2703

ORDERS MUST BE PLACED BY 3 P.M.




| | |
|---|---|
| INVOICE DATE | 08/26/19 |
| INVOICE NO. | 119263 |
| CUSTOMER NO. | BEN500 |
| TELEPHONE | (215)437-5000 |
| TERMS | PACA PROMPT |
| CTL: 09 | SALESMAN 19 |

SHIP TO:
UNIVERSAL COLD STORAGE
8 LEE BLVD
6102325494
MALVERN PA 19355

BILL TO:
BENJAMIN FOODS
1001 S YORK RD
HATBORO PA 19040

SPECIAL INSTRUCTION

VIA: P/U

CUSTOMER PURCHASE ORDER NO. 291701

| CASES | PACK/SIZE | BRAND | DESCRIPTION | ITEM NO. | UNITS | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1733 | 1/30LB | PACKER | CUT CORN + @ | 7422 | 51990 | LB | .52 | 27034.80 |
| | CONT# CHIU9022223 | | | | | | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we shall recover reasonable attorneys' fees, the costs of recovery and interest at the rate of 1.5% per month per annum.

PRODUCT VALUE: 27034.80

| TOTAL CASES | WHSE | TOTAL WEIGHT | CUSTOMER SIGNATURE |
|---|---|---|---|
| 1733 | 10 | 51990 | |

10:35 AM
08/23/19

NO CLAIMS FOR SHORTAGE AFTER RECEIPT IS SIGNED. ABOVE GOODS RECEIVED IN GOOD CONDITION EXCEPT AS NOTED.

TOTAL ▶



# ENDICO POTATOES INC.

160 No. MacQuesten Parkway
Mount Vernon, N.Y. 10550
Phone: (914) 664-1151 – Fax: (914) 664-2703
ORDERS MUST BE PLACED BY 3 P.M.





| | |
|---|---|
| INVOICE DATE | 08/26/19 |
| INVOICE NO. | 119125 |
| CUSTOMER NO. | BEN500 |
| TELEPHONE | (215)437-5000 |
| TERMS | PACA PROMPT |
| CTL: 33 | SALESMAN 19 |

SHIP TO:
UNIVERSAL COLD STORAGE
8 LEE BLVD
6102325494
MALVERN PA 19355

BILL TO:
BENJAMIN FOODS

1001 S YORK RD
HATBORO PA 19040

SPECIAL INSTRUCTION: *** REPRINT ***
VIA: DEL
CUSTOMER PURCHASE ORDER NO. 295031

| CASES | PACK/SIZE | BRAND | DESCRIPTION | ITEM NO. | UNITS | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 324 | 12/3 LB | ENDICO | COLLARD GREENS | 6390 | 11664 | LB | .59 | 6881.76 |
| 108 | 1/96 CT | BONANZA | 3" MINI COB | 6430 | 108 | CS | 15.00 | 1620.00 |
| 300 | 1/20LB | ENDICO | DICED ONIONS (BULK) 09501 | 6700 | 6000 | LB | .47 | 2820.00 |
| 81 | BULK /20 LB | PL | BULK DICED CELERY | 7105 | 1620 | | .61 | 988.20 |
| 300 | 1/20 LB | ENDICO | MIX VEGETABLES (BULK) | 7610 | 6000 | LB | .54 | 3240.00 |
| 300 | 1/20 LB | ENDICO | DICED GREEN PEPPERS (BULK) | @ 7810 | 6000 | LB | .66 | 3960.00 |
| | 8:00 | DELIVERY APPT | | | | | | |

2 plts were placed on truck
for order #291700 (route 195)

[signature] 8.26.19

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we shall recover reasonable attorneys' fees, the costs of recovery and interest at the rate of 1.5% per month per annum.

PRODUCT VALUE: 19509.96

| TOTAL CASES | WHSE | TOTAL WEIGHT | CUSTOMER SIGNATURE |
|---|---|---|---|
| 1413 | 01 | 34524 | 11:21 AM 08/22/19 |

NO CLAIMS FOR SHORTAGE AFTER RECEIPT IS SIGNED. ABOVE GOODS RECEIVED IN GOOD CONDITION EXCEPT AS NOTED.

TOTAL ▶

# ENDICO POTATOES INC.

160 No. MacQuesten Parkway
Mount Vernon, N.Y. 10550
Phone: (914) 664-1151 – Fax: (914) 664-2703

ORDERS MUST BE PLACED BY 3 P.M.

McCain

| INVOICE DATE | 08/27/19 |
|---|---|
| INVOICE NO. | X00681 |
| CUSTOMER NO. | BEN500 |
| TELEPHONE | (215)437-5000 |
| TERMS | PACA PROMPT |
| CTL: 05 | SALESMAN 19 |

SHIP TO: BENJAMIN FOODS
1001 S YORK RD
HATBORO PA 19040

BILL TO: BENJAMIN FOODS
1001 S YORK RD
HATBORO PA 19040

SPECIAL INSTRUCTION

VIA: DEL

CUSTOMER PURCHASE ORDER NO.

| CASES | PACK/SIZE | BRAND | DESCRIPTION | ITEM NO. | UNITS | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 136- | 1/30LB | PACKER | CUT CORN | @ 7422 | 4080 | LB | .52 | 2121.60- |
| | PER ROB | | | | | | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we shall recover reasonable attorneys' fees, the costs of recovery and interest at the rate of 1.5% per month per annum.

PRODUCT VALUE: 2121.60-

| TOTAL CASES | WHSE | TOTAL WEIGHT | CUSTOMER SIGNATURE |
|---|---|---|---|
| 136 | 01 | 4080 | 1:09 PM 08/27/19 |

NO CLAIMS FOR SHORTAGE AFTER RECEIPT IS SIGNED. ABOVE GOODS RECEIVED IN GOOD CONDITION EXCEPT AS NOTED.

TOTAL ▶



# ENDICO POTATOES INC.

160 No. MacQuesten Parkway
Mount Vernon, N.Y. 10550
Phone: (914) 664-1151 – Fax: (914) 664-2703

ORDERS MUST BE PLACED BY 3 P.M.



ENDICO RECEIPT

| | |
|---|---|
| INVOICE DATE | 08/28/19 |
| INVOICE NO. | 119262 |
| CUSTOMER NO. | BEN500 |
| TELEPHONE | (215) 437-5000 |
| TERMS | PACA PROMPT |
| CTL: 09 | SALESMAN 19 |

SHIP TO:
UNIVERSAL COLD STORAGE
8 LEE BLVD
6102325494
MALVERN PA 19355

BILL TO:
BENJAMIN FOODS
1001 S YORK RD
HATBORO PA 19040

SPECIAL INSTRUCTION: [illegible]

VIA: P/U

CUSTOMER PURCHASE ORDER NO. 291701

| CASES | PACK/SIZE | BRAND | DESCRIPTION | | ITEM NO. | UNITS | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 652 | 12/2.5 LB | ENDICO | PEAS 6720 | * | 6720 | 19560 | LB | .56 | 10953.60 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we shall recover reasonable attorneys' fees, the costs of recovery and interest at the rate of 1.5% per month per annum.

PRODUCT VALUE: 10953.60

| TOTAL CASES | WHSE | TOTAL WEIGHT |
|---|---|---|
| 652 | 01 | 19560 |

CUSTOMER SIGNATURE

4:19 PM

NO CLAIMS FOR SHORTAGE AFTER RECEIPT IS SIGNED. ABOVE GOODS RECEIVED IN

TOTAL ▶

Endico

**ENDICO POTATOES INC.**

160 No. MacQuesten Parkway
Mount Vernon, N.Y. 10550
Phone: (914) 664-1151 – Fax: (914) 664-2703

ORDERS MUST BE PLACED BY 3 P.M.

McCain

| | |
|---|---|
| INVOICE DATE | 08/28/19 |
| INVOICE NO. | 119262 |
| CUSTOMER NO. | BEN500 |
| TELEPHONE | (215)437-5000 |
| TERMS | PACA PROMPT |
| CTL: 09 | SALESMAN 19 |

SHIP TO
UNIVERSAL COLD STORAGE
8 LEE BLVD
6102325494
MALVERN PA 19355

BILL TO
BENJAMIN FOODS
1001 S YORK RD
HATBORO PA 19040 295 284

SPECIAL INSTRUCTION: 800

VIA: P/U

CUSTOMER PURCHASE ORDER NO. 291701

| CASES | PACK/SIZE | BRAND | DESCRIPTION | | ITEM NO. | UNITS | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| ~~700~~ OK 652 | 12/2.5 LB | ENDICO | PEAS 6720 | * | 6720 | 21000 | LB | .56 | 11760.00 |

JL

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we shall recover reasonable attorneys' fees, the costs of recovery and interest at the rate of 1.5% per month per annum.

PRODUCT VALUE: 11760.00

| TOTAL CASES | WHSE | TOTAL WEIGHT |
|---|---|---|
| 700 | 01 | 21000 |

CUSTOMER SIGNATURE

6:17 AM
08/27/19

NO CLAIMS FOR SHORTAGE AFTER RECEIPT IS SIGNED. ABOVE GOODS RECEIVED IN GOOD CONDITION EXCEPT AS NOTED.

TOTAL ▶

ENDICO RECEIPT

Endico

# ENDICO POTATOES INC.

160 No. MacQuesten Parkway
Mount Vernon, N.Y. 10550
Phone: (914) 664-1151 – Fax: (914) 664-2703
ORDERS MUST BE PLACED BY 3 P.M.

McCain

| | |
|---|---|
| INVOICE DATE | 09/04/19 |
| INVOICE NO. | X00695 |
| CUSTOMER NO. | BEN500 |
| TELEPHONE | (215) 437-5000 |
| TERMS | PACA PROMPT |
| CTL: 05 | SALESMAN 19 |

SHIP TO
BENJAMIN FOODS
1001 S YORK RD
HATBORO PA 19040

BILL TO
BENJAMIN FOODS
1001 S YORK RD
HATBORO PA 19040

SPECIAL INSTRUCTION

VIA DEL

CUSTOMER PURCHASE ORDER NO.

| CASES | PACK/SIZE | BRAND | DESCRIPTION | | ITEM NO. | UNITS | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1- | 1/1LB | | ADD'L CREDIT | X | @609999 | 1 | CS | 170.00 | 170.00- |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we shall recover reasonable attorneys' fees, the costs of recovery and interest at the rate of 1.5% per month per annum.

PRODUCT VALUE 170.00-

| TOTAL CASES | WHSE | TOTAL WEIGHT |
|---|---|---|
| 1 | 01 | 1 |

CUSTOMER SIGNATURE

3:35 PM
09/04/19

NO CLAIMS FOR SHORTAGE AFTER RECEIPT IS SIGNED. ABOVE GOODS RECEIVED IN

TOTAL ►

ENDICO RECEIPT

# ENDICO POTATOES INC.

160 No. MacQuesten Parkway
Mount Vernon, N.Y. 10550
Phone: (914) 664-1151 – Fax: (914) 664-2703

ORDERS MUST BE PLACED BY 3 P.M.





| | |
|---|---|
| INVOICE DATE | 09/06/19 |
| INVOICE NO. | 119650 |
| CUSTOMER NO. | BEN500 |
| TELEPHONE | (215)437-5000 |
| TERMS | PACA PROMPT |
| CTL: 09 | SALESMAN 19 |

SHIP TO:
UNIVERSAL COLD STORAGE
8 LEE BLVD
6102325494
MALVERN PA 19355

BILL TO:
BENJAMIN FOODS
1001 S YORK RD
HATBORO PA 19040

SPECIAL INSTRUCTION: *** REPRINT ***

VIA: DEL

CUSTOMER PURCHASE ORDER NO. 295547

| CASES | PACK/SIZE | BRAND | DESCRIPTION | ITEM NO. | UNITS | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 200 | 12/3 LB | ENDICO | COLLARD GREENS | 6390 | 7200 | LB | .59 | 4248.00 |
| 100 | 1/20LB | ENDICO | DICED ONIONS (BULK) 09501 | 6700 | 2000 | LB | .50 | 1000.00 |
| 280 | 12/2.5 LB | ENDICO | PEAS 6720 | 6720 | 8400 | LB | .56 | 4704.00 |
| 50 | BULK /20 LB | PL | BULK DICED CELERY | 7105 | 1000 | | .61 | 610.00 |
| 50 | 1/20LB | PACKER | CAULIFLOWER | 7380 | 1000 | LB | .58 | 580.00 |
| 400 | 1/20 LB | ENDICO | MIX VEGETABLES (BULK) | 7610 | 8000 | LB | .54 | 4320.00 |
| | PLEASE ADJUST PRICES | | | | | | | |

AA 9.6.19

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we shall recover reasonable attorneys' fees, the costs of recovery and interest at the rate of 1.5% per month per annum.

PRODUCT VALUE: 15462.00

| TOTAL CASES | WHSE | TOTAL WEIGHT | CUSTOMER SIGNATURE |
|---|---|---|---|
| 080 | 01 | 27500 | 7:10 AM |

NO CLAIMS FOR SHORTAGE AFTER RECEIPT IS SIGNED. ABOVE GOODS RECEIVED IN

TOTAL ▶

ENDICO RECEIPT

Endico

**ENDICO POTATOES INC.**
160 No. MacQuesten Parkway
Mount Vernon, N.Y. 10550
Phone: (914) 664-1151 -- Fax: (914) 664-2703
ORDERS MUST BE PLACED BY 3 P. M.

McCain

| | |
|---|---|
| INVOICE DATE | 09/02/19 |
| INVOICE NO. | 120200 |
| CUSTOMER NO. | BEN500 |
| TELEPHONE | (215)437-5000 |
| TERMS | PACA PROMPT |
| CTL: 09 | SALESMAN 19 |

SHIP TO:
UNIVERSAL COLD STORAGE
8 LEE BLVD
6102325494
MALVERN PA 19355

BILL TO:
BENJAMIN FOODS
1001 S YORK RD
HATBORO PA 19040

SPECIAL INSTRUCTION: *** REPRINT ***

VIA: P/U

CUSTOMER PURCHASE ORDER NO. 291702

| CASES | PACK/SIZE | BRAND | DESCRIPTION | ITEM NO. | UNITS | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1733 | 1/30LB | PACKER | CUT CORN | 7422 | 51990 | LB | .52 | 27034.80 |
| | | CONT# YMLU5350540 | | | | | | |

he perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities ct, 1930 (7U.S.C.499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these ommodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we shall ecover reasonable attorneys' fees, the costs of recovery and interest at the rate of 1.5% per month per annum.

PRODUCT VALUE: 27034.80

| TOTAL CASES | WHSE | TOTAL WEIGHT | CUSTOMER SIGNATURE |
|---|---|---|---|
| 733 | 10 | 51990 | 12:01 PM 09/17/19 |

NO CLAIMS FOR SHORTAGE AFTER RECEIPT IS SIGNED. ABOVE GOODS RECEIVED IN GOOD CONDITION EXCEPT AS NOTED

TOTAL ▶

ENDICO RECEIPT

Endico

# ENDICO POTATOES INC.

160 No. MacQuesten Parkway
Mount Vernon, N.Y. 10550
Phone: (914) 664-1151 – Fax: (914) 664-2703
ORDERS MUST BE PLACED BY 3 P.M.

McCain

| | |
|---|---|
| INVOICE DATE | 09/02/19 |
| INVOICE NO. | 120201 |
| CUSTOMER NO. | BEN500 |
| TELEPHONE | (215)437-5000 |
| TERMS | PACA PROMPT |
| CTL: 09 | SALESMAN 19 |

SHIP TO:
UNIVERSAL COLD STORAGE
8 LEE BLVD
6102325494
MALVERN PA 19355

BILL TO:
BENJAMIN FOODS
1001 S YORK RD
HATBORO PA 19040

SPECIAL INSTRUCTION

RTE

VIA P/U

CUSTOMER PURCHASE ORDER NO. 291703

| CASES | PACK/SIZE | BRAND | DESCRIPTION | ITEM NO. | UNITS | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1733 | 1/30LB | PACKER | CUT CORN | 7422 | 51990 | LB | .52 | 27034.80 |
| | CONT# TCLU1228797 | | | | | | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we shall recover reasonable attorneys' fees, the costs of recovery and interest at the rate of 1.5% per month per annum.

PRODUCT VALUE 27034.80

| TOTAL CASES | WHSE | TOTAL WEIGHT | CUSTOMER SIGNATURE |
|---|---|---|---|
| 1733 | 10 | 51990 | 11:08 AM 09/17/19 |

NO CLAIMS FOR SHORTAGE AFTER RECEIPT IS SIGNED. ABOVE GOODS RECEIVED IN

TOTAL ▶



# ENDICO POTATOES INC.

160 No. MacQuesten Parkway
Mount Vernon, N.Y. 10550
Phone: (914) 664-1151 – Fax: (914) 664-2703
ORDERS MUST BE PLACED BY 3 P.M.





| | |
|---|---|
| INVOICE DATE | 09/16/19 |
| INVOICE NO. | 120204 |
| CUSTOMER NO. | BEN500 |
| TELEPHONE | (215)437-5000 |
| TERMS | PACA PROMPT |
| CTL: 09 | SALESMAN 19 |

SHIP TO:
UNIVERSAL COLD STORAGE
8 LEE BLVD
6102325494
MALVERN PA 19355

BILL TO:
BENJAMIN FOODS
1001 S YORK RD
HATBORO PA 19040

SPECIAL INSTRUCTION

VIA DEL

CUSTOMER PURCHASE ORDER NO. 295743

| CASES | PACK/SIZE | BRAND | DESCRIPTION | | ITEM NO. | UNITS | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1000 | 1/20 LBS | ENDICO | PEAS (BULK) | X | 7720 | 20000 | LB | .575 | 11500.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C.499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we shall recover reasonable attorneys' fees, the costs of recovery and interest at the rate of 1.5% per month per annum.

PRODUCT VALUE: 11500.00

| CASES | WHSE | TOTAL WEIGHT |
|---|---|---|
| 1000 | 10 | 20000 |

CUSTOMER SIGNATURE

11:15 AM
09/17/19

NO CLAIMS FOR SHORTAGE AFTER RECEIPT IS SIGNED. ABOVE GOODS RECEIVED IN GOOD CONDITION EXCEPT AS NOTED.

TOTAL ▶